| | |
|---|---|
| 1 | Edwin A. Howell (SBN 310740) |
| | ehowell@jonesday.com |
| 2 | JONES DAY |
| | 4655 Executive Dr., Suite 1500 |
| 3 | San Diego, CA 92121 |
| | Telephone:  858-314-1200 |
| 4 | Facsimile:   844-345-3178 |
| 5 | Attorneys for Defendant |
| | Experian Information Solutions, Inc. |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ANDREA LADRIDO, | Case No. 3:17-cv- '17CV2233 BEN NLS |
| 12 | Plaintiff, | [Removal of San Diego County Superior Court, Case No. 37-2017-00036469-CL-NP-NC] |
| 13 | v. | |
| 14 | EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 through 10, inclusive, | **NOTICE OF REMOVAL OF ACTION PURSUANT 28 U.S.C. § 1441** |
| 15 | | |
| 16 | Defendant. | **[FEDERAL QUESTION JURISDICTION]** |
| 17 | | |
| 18 | | Complaint filed:  September 28, 2017 |

20   **TO THE CLERK OF THE COURT:**

21       **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this United States District Court and states as follows:

25       1.    Experian is the only named Defendant in Civil Action No. 37-2017-00036469-CL-NP-NC filed by Plaintiff Andrea Ladrido ("Plaintiff") in the Superior Court of the State of California for the County of San Diego (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Superior Court of the State of California for the County of San Diego on September 28, 2017. Plaintiff served Experian with the Summons and Complaint in the State Court Action on October 6, 2017.

3. This Notice is being filed with this Court within the thirty (30) day deadline from when Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This United States District Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A. The attached documents are the only pleadings currently on the docket in the State Court Action.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. This Court also has supplemental jurisdiction over Plaintiff's state law claim under California Civil Code § 1785.25 *et seq*., because the state law claim is so related to Plaintiff's federal question claims that they form part of the same case

1  or controversy pursuant to 28 U.S.C. § 1367(a).

2      9.    Promptly after the filing of this Notice of Removal, Experian shall
3  provide notice of the removal to Plaintiff through his attorney of record in the State
4  Court Action, and shall file a copy of this Notice with the clerk of the Court in the
5  State Court Action, as required by 28 U.S.C. § 1446(d).

6

7  Dated: November 1, 2017           JONES DAY

8

9                                     By:   */s/ Edwin A. Howell*
10                                        Edwin A. Howell

11                               Attorneys for Defendant
                              EXPERIAN INFORMATION
12                               SOLUTIONS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28